# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVID EUGENE SHERROD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2954

[July 3, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 47-2017-CF-000523-A.

Carey Haughwout, Public Defender, and Virginia Murphy, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN, JJ., and SINGHAL, RAAG, Associate Judge concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***